## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| RYAN WODARSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-01299-CFC |
| v. | ) |
| | ) |
| AIMMUNE THERAPEUTICS, INC., JAYSON D.A. DALLAS, MARK T. IWICKI, GREG BEHAR, BRETT K. HAUMANN, MARK D. MCDADE, STACEY D. SELTZER, PATRICK G. ENRIGHT, KATHRYN E. FALBERG, SPN MERGERSUB, INC., and SOCIÉTÉS DES PRODUITS NESTLÉ S.A., | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 13, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

**OF COUNSEL:**

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Facsimile: (914) 301-3514

*Attorneys for Plaintiff*